UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN HADEN,

    Plaintiff,

    v.

J. ESPINOZA, et al.,

    Defendants.

Case No. 14-cv-05398-SI

**ORDER EXTENDING DEADLINES**

Re: Dkt. No. 17

    Defendants have filed an *ex parte* request for a second extension of the deadline to file a dispositive motion. Upon due consideration of the request and the accompanying declaration of attorney Paul Hammerness, the court GRANTS the request. (Docket # 17.) The court now sets the following new briefing schedule for dispositive motions: Defendants must file and serve their dispositive motion no later than **February 5, 2016**. Plaintiff must file and serve on defense counsel his opposition to the dispositive motion no later than **March 4, 2016**. Defendants must file and serve their reply brief (if any) no later than **March 18, 2016**.

    **IT IS SO ORDERED**.

Dated: January 12, 2016

_____
SUSAN ILLSTON
United States District Judge