United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVEN HADEN,

          Plaintiff,

      v.

J. ESPINOZA, et al.,

          Defendants.

Case No.  14-cv-05398-SI

**JUDGMENT**

Judgment is now entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED AND ADJUDGED**.

Dated:   June 2, 2016

SUSAN ILLSTON
United States District Judge